Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Facsimile: (619) 241-8309

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>        Plaintiff,<br>    vs.<br><br>CASHCALL, INC.,<br>a California corporation,<br><br>        Defendants. | **Case No.: 15-cv-00205 DOC JCG**<br><br>**NOTICE OF SETTLEMENT** |

- 1 -

Notice of Settlement

Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached settlement of the material issues in dispute in the above captioned case and expect to be able to draft and execute a final written settlement agreement within a reasonable amount of time, not to exceed thirty (30) days. The Parties will file a request for dismissal with prejudice upon final settlement.

DATED: June 4, 2015                          **PRATO & REICHMAN, APC**

                                                                                                              _/s/ Christopher J. Reichman_____
                                                                                                              By: Christopher J. Reichman,
                                                                                                              Attorney for Plaintiff,
                                                                                                              PAUL SAPAN

- 2 -
Notice of Settlement

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via E-mail:  Pursuant to agreement and stipulation of the parties, I attached the foregoing document in a commonly used format (.pdf) and sent said e-mail to the address listed below from my normal e-mail account (chrisr@prato-reichman.com).

Christine M. Reilly
[CReilly@manatt.com]
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA  90064

DATED: June 4, 2015            **PRATO & REICHMAN, APC**

                                           _/s/ Christopher J. Reichman_____
                                           By: Christopher J. Reichman,
                                           Attorney for Plaintiff,
                                           PAUL SAPAN