JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN, | CASE NO. SA CV 15-0205-DOC (JCGx) |
| Plaintiff(s), | **ORDER DISMISSING CIVIL CASE** |
| v | |
| CASHCALL, INC., | |
| Defendant(s) | |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **July 6, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: June 4, 2015